UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUTO-OWNERS INSURANCE CO.,

    Plaintiff,

v.                                       4:13cv505–WS/CAS

DEYOUNG CONSTRUCTION
COMPANY, INC., et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 34) docketed November 2, 2016. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A).

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 34) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint and this action are hereby DISMISSED.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED.

DONE AND ORDERED this    6th    day of     December    , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE